**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**BETTIE J. FONDON**                                                                                 **PLAINTIFF**

**V.**                                                                    **CAUSE NUMBER: 3:26-cv-19-JDM-JMV**

**SHARON WHITE, JUSTIN SMITH,
and WATER VALLEY HOUSING AUTHORITY**                                        **DEFENDANTS**

## ORDER

On February 20, 2026, the Magistrate Judge entered a Report and Recommendation that this action should be dismissed without prejudice for lack of subject matter jurisdiction and failure to state a claim under to 28 U.S.C. § 1915(e)(2)(B). [4] The recommendation was based on Plaintiff Bettie J. Fondon's failure to plead facts that show a constitutional right has been violated or to otherwise give rise to a federal claim.

Fondon was given fourteen days to file an objection to the recommendation to dismiss. But she has not done so. Therefore, the Court is of the opinion the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that the Magistrate Judge's Report and Recommendation [4] is **APPROVED AND ADOPTED** as the order of this Court. The case is hereby **DISMISSED without prejudice**. A separate judgment will be entered on this date.

**SO ORDERED**, this the 17th day of March 2026.

 /s/ James D. Maxwell II
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI